UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 18, 2022

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | GRAND JURY ORIGINAL |
| DAVID ZANDERS, KENDALL HATTON-JUGGINS, | : | VIOLATION: 18 U.S.C. § 1201(a)(1) (Kidnapping) |
| Defendant. | : | |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about May 1, 2022, within the District of Columbia, and the State of Maryland, **DAVID ZANDERS** and **KENDALL HATTON-JUGGINS**, did unlawfully and willfully seize, confine, kidnap, abduct, inveigle, carry away and hold Victim-1 and Victim-2, and, in committing or in furtherance of the commission of the offense, Victim-1 and Victim-2 were willfully transported and traveled in interstate commerce from Washington, D.C., to the State of Maryland, on May 1, 2022.

(**Kidnapping**, in violation of Title 18, United States Code, Section 1201(a)(1))

A TRUE BILL:

FOREPERSON.

*Matthew M. Graves*
Attorney of the United States in
and for the District of Columbia.