AO 442 (Rev. 01/09) Arrest Warrant

11464797

# UNITED STATES DISTRICT COURT
for the
District of Columbia

U.S. MARSHAL-DC PM5:04
RECEIVED AUG 25 '22

| United States of America | ) |
|---|---|
| v. | ) Case: 1:22-cr-00287 |
| KENDALL HATTON-JUGGINS | ) Assigned to: Judge Lamberth, Royce C. |
| | ) Assign Date: 8/25/2022 |
| | ) Description: INDICTMENT (B) |

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    KENDALL HATTON-JUGGINS
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
   18 U.S.C. § 1201(a)(1) - (Kidnapping)


Date:  08/25/2022

2022.08.25
14:41:03
-04'00'

*Issuing officer's signature*

City and state:    Washington, DC        Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* August 25, 2022, and the person was arrested on *(date)* August 27, 2022
at *(city and state)* Washington, DC

Date: August 29, 2022

*Arresting officer's signature*

Josette A. Chery  DUSM
*Printed name and title*